1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
JESUS CARRILLO-AYALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00184-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
|  | ) CASE AND EXCLUDING TIME |
| JESUS CARRILLO-AYALA, | ) |
| Defendant. | ) Date: May 31, 2007 |
|  | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the status conference scheduled for May 31, 2007, be vacated and continued to June 7, 2007, for status conference. As of this writing counsel has recently received the pre-plea probation report, but not an offer from the government. In addition, defense counsel is out of the state and unavailable on Thursday, May 31, 2007.

///

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from May 31, 2007 through June 7, 2007, for defense preparation and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Dated:  May 30, 2007                     /S/ Kyle Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney
                                        Counsel for Plaintiff

Dated:  May 30, 2007                     /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JESUS CARRILLO-AYALA

**O R D E R**

**IT IS SO ORDERED**

Dated: May 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE