McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS CARRILLO-AYALA, ) <br>  aka Jesus Arrillo, ) <br>  aka Jesus Carrillo-Anaya, ) <br>  aka Jesus Curillo, ) <br>  aka Jesus Ayala, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-07-0184 MCE <br><br> ORDER TO DISMISS INDICTMENT |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Jesus Carrillo-Ayala, filed on May 3, 2007, in CR. No. S-07-0184 MCE.  On June 7, 2007, the defendant pleaded guilty to a superseding information charging a violation of 8 U.S.C. § 1326 – illegal entry by an alien.

///

///

///

///

1

The defendant waived appeal and was sentenced to 37 months confinement.

DATED: June 7, 2007                McGREGOR W. SCOTT
                                   United States Attorney

                                   By /s/ Kyle Reardon
                                      KYLE REARDON
                                      Assistant U.S. Attorney


O R D E R

APPROVED AND SO ORDERED:

Dated: June 18, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE